GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
Email: wnoall@gtg.legal
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
Email: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel. 725-777-3000
Fax. 725-777-3112

WEIL, GOTSHAL & MANGES LLP
T. RAY GUY, ESQ.
ray.guy@weil.com
Texas Bar No. 08648500 (Pro Hac Vice)
200 Crescent Court, Suite 300
Dallas, Texas 75201-6950
Tel. (214) 746-7700
Fax. (214) 746-7777

*Counsel for Credit Suisse*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BAHAMAS SALES ASSOCIATE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DONALD CAMERON BYERS, <br><br> Defendant. <br> DONALD CAMERON BYERS <br><br> Counterclaim-Plaintiff, <br> v. <br><br> BAHAMAS SALES ASSOCIATE, LLC, et al., <br><br> Counterclaim-Defendants, <br> v. <br> CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, subscribing to Policy Numbers MBB0651789A07, MBB0751789A08, | Case No. 15-cv-2028-RFB-CWH <br><br><br><br><br> **NONPARTIES CREDIT SUISSE AG, CREDIT SUISSE SECURITIES (USA), LLC, "CREDIT SUISSE FIRST BOSTON," AND "CREDIT SUISSE CAYMAN ISLAND BRANCH'S" MOTION TO CHANGE HEARING DATE** <br><br><br> Date: December 2, 2015 <br> Time: 2:30 p.m. |

|   |   |
|---|---|
| MBB0851789A09, and MBB1051789A10, and | ) |
| NUTMEG INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendants. | ) |
| | ) |

Nonparties Credit Suisse AG, Credit Suisse Securities (USA), LLC, "Credit Suisse First Boston" and "Credit Suisse Cayman Island Branch" (collectively, "Credit Suisse"), by their undersigned counsel, hereby submit their *Motion to Reset Hearing Date* ("Motion") on Credit Suisse's Motion to Quash (defined below) for either Tuesday December 1, 2015, Monday December 7, 2015, or Tuesday December 8, 2015, or such other date that the Court is available.

This Motion is based upon the *Declaration of T. Ray Guy in Support of Nonparties Credit Suisse AG, Credit Suisse Securities (USA), LLC, "Credit Suisse First Boston," and "Credit Suisse Cayman Island Branch's" Motion to Change Hearing Date* ("Guy Declaration") and the *Declaration of William M. Noall in Support of Nonparties Credit Suisse AG, Credit Suisse Securities (USA), LLC, "Credit Suisse First Boston," and "Credit Suisse Cayman Island Branch's" Motion to Change Hearing Date* ("Noall Declaration"), filed concurrently herewith, the points and authorities which follow, and the pleadings, papers and other records in the Court's file in the above-captioned case, judicial notice of which is respectfully requested. Wherefore, Credit Suisse requests that the hearing on the Motion to Quash be reset as requested herein.

Dated this 19th day of November, 2015.

                                                            GARMAN TURNER GORDON LLP

                                                            By: */s/ Gabrielle A. Hamm*
                                                               WILLIAM M. NOALL, ESQ.
                                                               GABRIELLE A. HAMM, ESQ.
                                                               650 White Drive, Suite 100
                                                               Las Vegas, Nevada 89119
                                                               Tel: (725) 777-3000
                                                               Fax: (725) 777-3112

                                                           AND

WEIL, GOTSHAL & MANGES LLP
T. RAY GUY, ESQ.
ray.guy@weil.com
Texas Bar No. 08648500 (Admitted Pro Hac Vice)
200 Crescent Court, Suite 300
Dallas, Texas 75201-6950
Tel. (214) 746-7700
Fax. (214) 746-7777
*Counsel for Credit Suisse*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF RELEVANT FACTS

1. On October 20, 2015, Credit Suisse's *Motion to Quash and, in the Alternative, Motion for Protective Order* ("Motion to Quash") was filed with the above-captioned court. ECF No. 1.

2. On November 6, 2015, *Donald Cameron Byers' et al Opposition to Motion to Quash or, in the Alternative, Motion for Protective Order, filed by Credit Suisse AG, Credit Suisse Securities (USA), LLC, Credit Suisse First Boston, and Credit Suisse Cayman Island Branch* ("Response to Motion to Quash") [ECF No. 9] was filed.

3. On November 12, 2015, Credit Suisse filed a reply to the Response to Motion to Quash. ECF No. 15.

4. On Monday, November 16, 2015, Credit Suisse received the Court's minute order at ECF No. 20 scheduling a hearing on the Motion to Quash for December 2, 2015, at 2:30 p.m. ("Current Hearing Date"). See Guy Declaration, ¶ 8.

5. At the time of the Current Hearing Date, counsel for Credit Suisse in the above-captioned case, Ray Guy, will be travelling to New York for his law firm's annual partner meeting using a pre-purchased, non-refundable ticket. Mr. Guy's law firm's annual partner meeting is to be conducted in New York on Thursday, December 3rd and Friday, December 4th. See Guy Declaration, ¶ 9.

6. Credit Suisse instructed Mr. Guy to attend and present the Motion to Quash as he is also co-lead counsel for Credit Suisse in a case captioned *L.J. Gibson, et al. v. Credit Suisse AG, et al.*, Case No. 1:10-cv-00001-JLQ, presently pending in the United States District Court for the District of Idaho ("Gibson Case"). See Guy Declaration, ¶ 11.

7. The Motion to Quash seeks relief in respect of a subpoena that seeks discovery produced in the Gibson Case for use in a case captioned *Bahama Sales Associate, LLC v. David Cameron Buyers*, pending in the United States District Court for the Middle District of Florida (Jacksonville Division). See id.

8. Mr. Noall has also reviewed the Court's minute order and after consultation with Mr. Guy regarding the scheduling of the hearing on the Motion to Quash, telephoned Attorney Ogonna Brown, opposing counsel with respect to the Motion to Quash. See Noall Declaration, ¶¶ 5, 6. Mr. Noall advised Ms. Brown that the Current Hearing Date conflicted with Mr. Guy's scheduled travel, and asked Ms. Brown if she objected to re-scheduling the Current Hearing Date so that Mr. Guy could attend both the hearing on the Motion to Quash as well as his law firm's annual partner meeting. See Noall Declaration, ¶ 6.

9. Ms. Brown indicated that she did not object to having the hearing scheduled on December 1st, 7th, or 8th, and would so stipulate. See id.

## II.

## LEGAL ARGUMENT

Rule 26 of the Federal Rules of Civil Procedure, as complimented by Local Rule 26-7, as well as this Court's inherent power, allow the Court to set hearings on discovery-related matters in its discretion. Credit Suisse believes that a hearing on the Motion to Quash is necessary and appropriate, but Mr. Guy is presently scheduled to be travelling to New York for his law firm's annual partnership meeting at the time of the Current Hearing Date. Credit Suisse requests that the Current Hearing Date be rescheduled for either Tuesday December 1st, Monday December 7th, or Tuesday December 8th to facilitate Mr. Guy's pre-existing commitment as set forth in his declaration while accommodating counsel for the respondents.

## III.

## **CONCLUSION**

In summary, Credit Suisse requests that this motion be granted and the Current Hearing Date be rescheduled as set forth above.

DATED November 19th 2015.

GARMAN TURNER GORDON LLP

By: */s/ Gabrielle A. Hamm*
   WILLIAM M. NOALL, ESQ.
   GABRIELLE A. HAMM, ESQ.
   650 White Drive, Suite 100
   Las Vegas, Nevada 89119
   Tel: (725) 777-3000
   Fax: (725) 777-3112

AND

WEIL, GOTSHAL & MANGES LLP
T. RAY GUY, ESQ.
ray.guy@weil.com
Texas Bar No. 08648500 (Admitted Pro Hac Vice)
200 Crescent Court, Suite 300
Dallas, Texas  75201-6950
(214) 746-7700 (Telephone)
(214) 746-7777 (Telecopy)
*Counsel for Credit Suisse*

## **ORDER**

Good cause appearing, and in light of the other parties' non-opposition (docs. # 22, # 23), **IT IS HEREBY ORDERED** that the instant motion to change hearing date (doc. # 21) is **granted.**

**IT IS FURTHER ORDERED** that the hearing date on December 2, 2015 is **vacated**. The motion to quash (doc. # 1) will now be heard before this Court on **December 7, 2015 at 2:00 p.m.**

DATED: November 20, 2015

_____
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned, an employee of Garman Turner Gordon hereby certify that on the 19th day of November, 2015, I electronically served the above foregoing document by using the court's CM/ECF system which will send notification to the following:

| | |
|---|---|
| Dana L. Ballinger<br>BALLINGER LAW OFFICE<br>747 Windless Way<br>Sanibel, Florida 33597 | Ogonna M. Brown<br>Holley, Driggs, Walch, Fine, Wray,<br>Puzey, & Thompson<br>400 South Fourth St., Third Flr.<br>Las Vegas, NV 89101 |
| Andrea M Gandara<br>Holley, Driggs, Walch, Fine, Wray,<br>Puzey & Thompson<br>400 South Fourth St., Third Flr.<br>Las Vegas, NV 89101 | Michael E. Sullivan<br>Robison Belaustegui Sharp & Low<br>71 Washington Street<br>Reno, NV 89503 |

I hereby certify that a true and correct copy of the foregoing was served on the following counsel of record on November 19th 2015, by U.S. Mail, as set forth below:

James C. Sabalos
Texas Bar #17499100
2 Via Ravello
Henderson, Nevada 89011

Donald L. Morrow
Panteha Abdollahi
Paul Hastings LLP
695 Town Center Drive, 17th Floor
Costa Mesa, CA 92626

Barry G. Sher
Paul Hastings LLP
75 East 55th Street
New York, NY 10022

By: */s/ Jenifer Cannon*
An employee of GARMAN TURNER GORDON LLP

GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
Email:  wnoall@gtg.legal
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
Email:  ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel. 725-777-3000
Fax. 725-777-3112

WEIL, GOTSHAL & MANGES LLP
T. RAY GUY, ESQ.
ray.guy@weil.com
Texas Bar No. 08648500 (Admitted Pro Hac Vice)
200 Crescent Court, Suite 300
Dallas, Texas  75201-6950
Tel. (214) 746-7700
Fax. (214) 746-7777

*Counsel for Credit Suisse*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| BAHAMAS SALES ASSOCIATE, LLC,<br><br>             Plaintiff,<br>    v.<br><br>DONALD CAMERON BYERS,<br><br>             Defendant.<br>_____<br>DONALD CAMERON BYERS<br><br>             Counterclaim-Plaintiff,<br>    v.<br><br>BAHAMAS SALES ASSOCIATE, LLC, et al.,<br><br>             Counterclaim-Defendants,<br>    v.<br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, subscribing to Policy Numbers MBB0651789A07, MBB0751789A08, | Case No.  15-cv-2028-RFB-CWH<br><br>**DECLARATION OF WILLIAM M. NOALL IN SUPPORT OF NONPARTIES CREDIT SUISSE AG, CREDIT SUISSE SECURITIES (USA), LLC, "CREDIT SUISSE FIRST BOSTON," AND "CREDIT SUISSE CAYMAN ISLAND BRANCH'S" MOTION TO CHANGE HEARING DATE**<br><br>Date:  December 2, 2015<br>Time:  2:30 p.m. |

MBB0851789A09, and MBB1051789A10, and )
NUTMEG INSURANCE COMPANY,              )
                                        )
               Third-Party Defendants.  )
                                        )

     I, William M. Noall, Esq., make this Declaration under 28 U.S.C. § 1746 and state as follows:

     1.     I am more than 21 years old, and I have never been convicted of a felony or of any crime involving moral turpitude.

     2.     I am fully competent to make this declaration, and all of the facts set forth herein are based on my personal knowledge.

     3.     I am licensed to practice law in California, Utah, and Nevada.  I am currently a partner with Garman Turner Gordon, LLP, and counsel for Credit Suisse AG, Credit Suisse Securities (USA), LLC, "Credit Suisse First Boston," and "Credit Suisse Cayman Island Branch" (collectively, "Credit Suisse") in the above-captioned case.

     4.     I submit this Declaration for all permissible purposes under the Federal Rules of Civil Procedure and the Federal Rules of Evidence, including in support of Credit Suisse's *Motion to Change Hearing Date* (the "Motion").

     5.     On Monday, November 16, 2015, I received the Court's minute order [ECF No. 20] scheduling a hearing on the Motion to Quash for December 2, 2015, at 2:30 p.m. ("Current Hearing Date").

     6.     On Monday, November 16, 2015, after I reviewed the Court's minute order and after consultation with my retaining counsel, Mr. Guy, regarding the Current Hearing Date, I telephoned Attorney Ogonna Brown, opposing counsel with respect to the Motion to Quash.  I advised Ms. Brown that the Current Hearing Date conflicted with Mr. Guy's scheduled travel to his law firm's annual partner meeting in New York, and asked Ms. Brown if she objected to re-scheduling the Current Hearing Date so that Mr. Guy could attend both the hearing on the Motion to Quash as well as his law firm's annual partner meeting.  Ms. Brown indicated that she

had no objection to having the hearing scheduled on December 1st, 7th, or 8th, 2015, and would so stipulate.

7. After speaking to Ms. Brown, I contacted the court about rescheduling the hearing with the consent of opposing counsel and was told to file a motion.

I declare under penalty pf perjury that the foregoing statements are true and correct. Executed this 18TH day of November, 2015.

WILLIAM M. NOALL

Garman Turner Gordon
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

3 of 3

```
GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
Email: wnoall@gtg.legal
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
Email: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel. 725-777-3000
Fax. 725-777-3112

WEIL, GOTSHAL & MANGES LLP
T. RAY GUY, ESQ.
ray.guy@weil.com
Texas Bar No. 08648500 (Admitted Pro Hac Vice)
200 Crescent Court, Suite 300
Dallas, Texas  75201-6950
Tel. (214) 746-7700
Fax. (214) 746-7777
```

*Counsel for Credit Suisse*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BAHAMAS SALES ASSOCIATE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DONALD CAMERON BYERS, <br><br> Defendant. <br> _____ <br> DONALD CAMERON BYERS <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> BAHAMAS SALES ASSOCIATE, LLC, et al., <br><br> Counterclaim-Defendants, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, subscribing to Policy Numbers MBB0651789A07, MBB0751789A08, | Case No. 15-cv-2028-RFB-CWH <br><br> **DECLARATION OF T. RAY GUY IN SUPPORT OF NONPARTIES CREDIT SUISSE AG, CREDIT SUISSE SECURITIES (USA), LLC, "CREDIT SUISSE FIRST BOSTON," AND "CREDIT SUISSE CAYMAN ISLAND BRANCH'S" MOTION TO CHANGE HEARING DATE** <br><br> Date:  December 2, 2015 <br> Time:  2:30 p.m. |

| | |
|---|---|
| MBB0851789A09, and MBB1051789A10, and<br>NUTMEG INSURANCE COMPANY,<br><br>            Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>) |

I, T. Ray Guy, Esq., make this Declaration under 28 U.S.C. § 1746 and state as follows:

1. I am more than 21 years old, and I have never been convicted of a felony or of any crime involving moral turpitude.

2. I am fully competent to make this declaration, and all of the facts set forth herein are based on my personal knowledge.

3. I am a partner at the law firm Weil, Gotshal & Manges, LLP and counsel for Credit Suisse AG, Credit Suisse Securities (USA), LLC, "Credit Suisse First Boston," and "Credit Suisse Cayman Island Branch" (collectively, "Credit Suisse") in the above-captioned case.

4. I submit this Declaration for all permissible purposes under the Federal Rules of Civil Procedure and the Federal Rules of Evidence, including in support of Credit Suisse's *Motion to Change Hearing Date* (the "Motion").

5. On October 20, 2015, I caused Credit Suisse's *Motion to Quash and, in the Alternative, Motion for Protective Order* ("Motion to Quash") to be filed with the above-captioned court.  ECF No. 1.

6. On November 6, 2015, *Donald Cameron Byers' et al Opposition to Motion to Quash or, in the Alternative, Motion for Protective Order, filed by Credit Suisse AG, Credit Suisse Securities (USA), LLC, Credit Suisse First Boston, and Credit Suisse Cayman Island Branch* ("Response to Motion to Quash") [ECF No. 9] was filed.

7. On November 12, 2015, Credit Suisse filed a reply to the Response to Motion to Quash.  ECF No. 15.

8. On Monday, November 16, 2015, I received the Court's minute order [ECF No. 20] scheduling a hearing on the Motion to Quash for December 2, 2015, at 2:30 p.m. ("Current Hearing Date").

9. At the time of the Current Hearing Date, I will be travelling to New York for my law firm's annual partner meeting using a pre-purchased, non-refundable ticket. My firm's annual meeting is to be conducted in New York on Thursday, December 3rd and Friday, December 4th.

10. I am available to attend a hearing on the Motion to Quash at other times, including on Tuesday, December 1st, Monday, December 7th, or Tuesday, December 8th, 2015.

11. Credit Suisse has instructed me to attend and present the Motion to Quash as I am co-lead counsel in a case captioned *L.J. Gibson, et al. v. Credit Suisse AG, et al.*, Case No. 1:10-cv-00001-JLQ, presently pending in the United States District Court for the District of Idaho ("Gibson Case"). The Motion to Quash seeks relief in respect of a subpoena that seeks discovery produced in the Gibson Case for use in a case captioned *Bahama Sales Associate, LLC v. David Cameron Buyers*, pending in the United States District Court for the Middle District of Florida (Jacksonville Division).

I declare under penalty pf perjury that the foregoing statements are true and correct. Executed this 17th day of November, 2015.

_____
T. RAY GUY